1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  KINGSWAY TECHNOLOGIES, LLC, ESTHER OTTI BRAIMAH,<br><br>12<br><br>13          Plaintiff,<br><br>   vs.<br>14<br>   INDYMAC FEDERAL BANK, Div of<br>15 One West Bank, QUALITY LOAN<br>   SERVICE CORPORATION,<br>16<br>          Defendant. | Case No. 09-cv-02512-CRB<br><br>[Assigned to Judge Hon. Charles R. Breyer]<br><br>[~~PROPOSED~~] ORDER FINDING MOTION TO DISMISS AS MOOT<br><br>Notice of Removal filed June 5, 2009 from San Mateo County Superior Court, Case No. CIV 483811<br><br>Complaint Filed: May 5, 2009<br>Trial Date:       Not Set |

17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

835983.01/LA

[PROPOSED] ORDER

### [PROPOSED] ORDER

On July 20, 2009, the Court issued an Order to Show Cause addressing Plaintiffs' failure to respond to a Motion to Dismiss filed by OneWest Bank, FSB (erroneously sued as "Indymac Federal Bank, Div of One West Bank.") On July 31, 2009, plaintiffs filed a response to the Order to Show Cause, which deletes the caption page reference to "Div. of OneWest Bank" and purports to file an amended complaint. Accordingly, OneWest Bank's pending motion is now moot. Plaintiff is ordered to serve the amended pleading to Defendant IndyMac Federal Bank, which may respond as it sees fit.

The Court further orders the PACER docket in this case be revised to reflect that counsel for former defendant OneWest does not represent IndyMac Federal Bank in this matter.

**IT IS SO ORDERED.**

Dated: __August 17, 2009__    _____
Hon. Charles R. Breyer
Judge, United States District Court

