1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

KINGSWAY TECHNOLOGIES,                    No. CV 09-2512 CRB

12

      Plaintiff,                    **ORDER TO SHOW CAUSE**

13

  v.

14

INDYMAC FEDERAL BANK,

15

      Defendant.
                             /

16
17

    Plaintiff is hereby ORDERED to show cause why its case should not be dismissed for

18

failure to prosecute under Federal Rule of Civil Procedure 41(b).  Plaintiff is ordered to

19

respond by October 30, 2009, and to appear at a hearing at 10:00am on that date.

20

**IT IS SO ORDERED.**

21
22
23

Dated: October 13, 2009                    CHARLES  R. BREYER
                                           UNITED STATES DISTRICT JUDGE

24
25
26
27
28

G:\CRBALL\2009\2512\OSC(2).wpd