IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGSWAY TECHNOLOGIES, LLC, et al.,

    Plaintiff,

  v.

INDYMAC FEDERAL BANK, et al.,

    Defendant.

No. CV 09-2512 CRB

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

For the reasons stated at the hearing, this case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 10, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2512\Order Dismissing.wpd